UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RALPH STENTO,

                            Plaintiff,

-vs-                                                    Case No.  6:06-cv-614-Orl-28KRS

ALL AMERICAN PET COMPANY, INC.,
BARRY SCHWARTZ, LISA SCHWARTZ,

                            Defendants.
_____

# ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT (Doc. No. 12)** |
| **FILED:** | **June 23, 2006** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. | |

It appears that the defendants may not have been properly served with process in this matter.  Any renewed motion for entry of clerk's default should include a memorandum of law establishing that process was properly served on the defendants named in the Complaint.

**DONE** and **ORDERED** in Orlando, Florida on June 27, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties