**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RALPH STENTO,**

          **Plaintiff,**

-vs-                                                    **Case No. 6:06-cv-614-Orl-28KRS**

**ALL AMERICAN PET COMPANY, INC.,**
**BARRY SCHWARTZ, LISA SCHWARTZ,**

          **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This case comes before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice. Doc. No. 50.

      This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. The parties have reached a settlement agreement and seek court approval of that agreement. In *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982), the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." Id. at 1353.

      In the joint notice of settlement, doc. no. 50, and the settlement agreement submitted by the parties, doc. nos. 50-2 & 51, the parties provide that the defendants will pay 100% of the plaintiff's FLSA claim, plus attorneys' fees. Because this is the full amount sought by Plaintiff Ralph Stento,

I conclude that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, I respectfully recommend that the Court approve the settlement agreement and dismiss the case with prejudice, pursuant to the agreement of the parties. I further recommend that the Court direct the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy