UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RALPH STENTO,

        Plaintiff,

-vs-                                        Case No. 6:06-cv-614-Orl-28KRS

ALL AMERICAN PET COMPANY, INC.,
BARRY SCHWARTZ, LISA SCHWARTZ,

        Defendants.
_____

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 50) filed December 19, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 28, 2006 (Doc. No. 52) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' settlement agreement is **APPROVED.**

3. All pending motions are denied as moot.

3. This case is **DISMISSED** with prejudice and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of January, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party